**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| LAWREN FREEMAN,<br><br>     Plaintiff,<br><br>v.<br><br>SMARTPAY LEASING, LLC,<br><br>     Defendant. | Civil Action No. 6:17-cv-00938-GAP-GJK |

**JOINT MOTION TO STAY AND REFER CASE**
**TO BINDING ARBITRATION**

Defendant SmartPay Leasing, LLC ("SmartPay"), and Plaintiff, Lawren Freeman ("Plaintiff"), (together SmartPay and Plaintiff are the "Parties"), by and through undersigned counsel, hereby jointly stipulate as follows:

1. On or about May 24, 2017 Plaintiff initiated this cause of action for alleged violations of the Telephone Consumer Protection Act ("TCPA") and the Florida Consumer Collection Practices Act ("FCCPA"). [Doc. 1.]

2. On or about June 7, 2017 Plaintiff amended her Complaint. [Doc. 11].

3. The Parties agree this cause is subject to arbitration pursuant to the Lease-Purchase Agreement Terms and Conditions entered into by the Parties. *See* Exhibit "A" attached hereto.

4. The Parties therefore stipulate to allow the Court to stay the case in its entirety and refer the entire matter to binding arbitration. 9 U.S.C. § 3.

WHEREFORE, the Parties respectfully request the Court stay the proceedings and refer this entire case to arbitration, and for such other relief as this Court deems proper.

Dated this 11th day of July, 2017.

| THE CONSUMER PROTECTION FIRM | BRYAN CAVE, LLP |
|---|---|
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| 210-A South MacDill Ave. | 200 S. Biscayne Blvd., Ste. 400 |
| Tampa, FL 33609 | Miami, Florida 33131 |
| Phone: (813) 500-1500 | Phone: (786) 322-7500 |
| Fax: (813) 435-2369 | Fax: (786) 322-7501 |
| Email: Amanda@theconsumerprotectionfirm.com | Email: zina.gabsi@bryancave.com |
| By: /s/ Amanda J. Allen | By: /s/ Zina Gabsi |
|     Amanda J. Allen |     Zina Gabsi |
|     Florida Bar No. 0098228 |     Florida Bar No. 73789 |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| LAWREN FREEMAN,<br><br>    Plaintiff,<br><br>v.<br><br>SMARTPAY LEASING, LLC,<br><br>    Defendant. | Civil Action No. 6:17-cv-00938-GAP-GJK |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing **JOINT MOTION TO STAY AND REFER CASE TO BINDING ARBITRATION** has been filed via the Courts CM/ECF system, and served by e-mail on the following counsel of record:

Amanda J. Allen
William "Billy" Peerce Howard
THE CONSUMER PROTECTION FIRM
210-A MacDill Avenue
Tampa, FL 33609
Amanda@TheConsumerProtectionFirm.com
Shenia@TheConsumerProtectionFirm.com

This 11th day of July, 2017

 /s/ Zina Gabsi
Zina Gabsi
Florida Bar No. 073789
BRYAN CAVE LLP
200 South Biscayne Blvd., Ste 400
Miami, FL 33131
Tel: (786) 322-7500
Email: zina.gabsi@bryancave.com
*Counsel for Defendant SmartPay Leasing, Inc.*