**Terms & Conditions**

Consent To Electronic Disclosures:
Lease-Purchase Agreement

Please read the notice below carefully and print and/or download a copy for your records.

By consenting to receive information electronically at our web site, you will receive required federal and state disclosures, related to your BillFloat transaction, as well as notices under your Lease-Purchase Agreement with BillFloat ("Agreement"). **In order to view those notices and disclosures, you must have a computer equipped with Chrome, Internet Explorer version 8.0 or above, Firefox 3.6 or above or an equivalent web browser. If you are able to read this text, the browser you are using will be able to display all required disclosures.** To retain a copy of the notices and disclosures we will provide electronically and a copy of the Lease-Purchase Agreement that you will sign electronically, you will need to be able to either download electronic copies to your computer or an attached storage device (such as disk or USB storage device) or to print copies on a printer attached to your computer. We will also sign the Agreement electronically before you download or print it.

If your Lease-Purchase application is approved, you will be asked to electronically sign your Lease-Purchase Agreement (set forth below) by checking a "Sign Here" box. When you do that, you also will be certifying that you agree to receive disclosures and notices electronically.

You may not apply online and electronically execute your Lease-Purchase Agreement unless you agree to accept these disclosures and notices electronically. Further, your agreement to receive disclosures and notices electronically is a condition of your participation in this Lease-Purchase Agreement. If you do not wish to receive your disclosures and notices electronically, you may cancel this transaction at no cost by closing your browser at any time before you click on the signature button.

If you ever wish to terminate your participation in the Lease-Purchase Agreement, you may so notify us directly:

1. Telephone: 1-800-374-5587 during customer service hours;
2. Write: BillFloat, Inc. P.O. Box 626, San Francisco CA, 94104-626;
3. Email: smartpaysupport@billfloat.com

PRICING DISCLOSURE

**This is a lease purchase transaction:**
- You acquire ownership after 9 payments are made. No ownership until paid in full.
- You can purchase the property for less under the early purchase option.
- Our Purchase Price: $664.57
- Scheduled Payment Amount: $156.56
- Rental Period: 9 months
- Payment Schedule: Once monthly
- Total of Payments: $1,385.39 ; Cost of Lease: $720.82 All Property is New

LEASE-PURCHASE AGREEMENT

| | |
|---|---|
| **Date:** 02/03/2015 | **Agreement Number:** O13JYCR48 |
| **Lessor:** Billfloat | **Lessee/Rental Customer:** lawren broussard |
| | **Email:** lawrenb77@yahoo.com |

**Date: 02/03/2015**

**Agreement Number: O13JYCR48**

**Lessor: Billfloat**

**Lessee/Rental Customer: lawren broussard**

**TERMS OF AGREEMENT:** In this Agreement, "you" and "your" mean the person(s) signing the **Email: lawrenb77@yahoo.com** Agreement as lessee/customer. "We" and, "us," and "our" mean the lessor/owner (BillFloat, Inc.). "Property" means the item(s) being rented. "Agreement" means this Lease-Purchase agreement

## 1. DESCRIPTION OF PROPERTY

| Item Description/Model # | Serial # | Condition of Property |
|---|---|---|
| **Samsung Galaxy S5** | | New |

Cash Price: $797.48

Our Purchase Price: $664.57

**2. INITIAL PAYMENT:** Payments are due at the beginning of each term that you choose to rent the Property. Your initial payment will include the following charges:

| Processing Fee: | Rental Payment: | Tax: | Total Initial Payment: |
|---|---|---|---|
| $0.00 | $124.80 | $8.11 | $132.91 |

**3. RENTAL PERIOD:** This Agreement is for one month, the Initial Term. You must make an advance scheduled rental payment for this Initial Term. After that, you can (1) renew this Agreement for another period by making an advance rental renewal payment; (2) purchase the Property (see Item 9 below); (3) return the Property to us and terminate this Agreement. Advance rental renewal payments are due at the beginning of each term that you choose to rent the Property. There are no refunds if you return the Property before the end of the term. If you fail to make a timely renewal payment this Agreement terminates automatically, subject to your reinstatement rights, below.

**4. RENEWAL PAYMENTS AND ELECTRONIC PAYMENT AUTHORIZATION:** You are not obligated to renew this Agreement beyond the Initial Term. However, you can renew this Agreement beyond the Initial Term, or beyond any subsequent renewal term, by making an advance rental payment on or before the renewal date.

**Your renewal payments are due: 02/27/2015, 03/27/2015, 04/24/2015, 05/22/2015, 06/19/2015, 07/17/2015, 08/14/2015, 09/11/2015**

| Payment | Rental Payment | Tax | Total |
|---|---|---|---|
| Once monthly | $147.00 | $9.56 | $156.56 |

Before each renewal payment date, we will send you a notice that we will electronically debit the renewal payment from the bank account, debit or credit card you have identified to us (the "Account") or any other account you may provide us in the future. We will take all payments provided for in this Agreement in this manner unless we receive directions from you not to do so.

By signing this Agreement, you authorize us to make electronic debit entries to your Account for scheduled renewal payments due under this Agreement, and authorize your depository institution to debit such amounts from your Account. This authorization will remain in effect until you have paid all amounts due. You will not be able to cancel or reverse a payment once we have debited it from your Account. You understand that canceling this authorization for electronic debits does not relieve your obligations under this Agreement. We will not be liable for any loss or damage to you if we cannot complete any scheduled payments because your designated account does not contain sufficient funds or you have not provided the correct and complete deposit account information, or if circumstances beyond our control (such as, but not limited to, fire, flood, or interference from an outside force) prevent the proper execution of the transaction.

**5. TOTAL COST:** If you choose to acquire ownership, you must rent the Property for the number of scheduled periods below. The Total Cost includes the total Initial Payment, above, but does not include other charges or fees, such as late fees. You should read the Agreement for an explanation of the charges and fees.

Total Initial Payment of $132.91, plus 8 Scheduled Payment of $156.56 each for a Total Cost of $1,385.39, including tax.

You do not own the Property. You do not acquire ownership rights unless you have complied with the ownership terms of the Agreement. Sales taxes are subject to changes in the applicable tax rate.

**6. RISK OF LOSS AND DAMAGES:** You are liable for the destruction of, loss of, and damage to the Property in excess of normal wear and tear from all causes. If the Property is lost or destroyed, your liability will be the fair market value ("FMV") of the Property on the date of loss. If it is damaged, your liability will be the lesser of that amount or our reasonable cost to repair.

**7. WARRANTY AND MAINTENANCE:** You are responsible for maintaining the Property in good working condition during the rental term. We will not be responsible for the costs or the results of any repairs or damage caused by improper use. You must notify us immediately if the Property breaks and send us written records of any repairs. We will assist you if any maintenance or service required on the Property is covered by a manufacturer's warranty. If any part of a manufacturer's warranty, or third-party warranty, covers the Property at the time you acquire ownership, we will transfer it to you, if allowed by the terms of the warranty. To the extent permitted by law, we do not provide any Warranty of Merchantability or Fitness for a Particular Purpose, either Express or Implied, on the Property. You are renting the Property, "as is" and "with all faults."

**8. REINSTATEMENT:** If you fail to make a timely renewal payment, this Agreement expires. However, you can reinstate it without losing any rights or options previously acquired by returning the Property to us as soon as we ask you to. Then, you will have 60 days from the date of return to reinstate by making all payments due. If you reinstate, we will provide you with the same Property or property of comparable and condition.

**9. EARLY PURCHASE OPTION (EPO):** You can purchase the Property at any time. During the first 60 days, your EPO price will be our Purchase Price, above, less all rental payments made (not including any taxes or fees), plus tax. After that, your EPO price will be calculated as follows: Our Purchase Price multiplied by the number of payments remaining for ownership divided by the total number of payments for ownership plus tax.

**10. TERMINATION:** You may terminate this Agreement without penalty by voluntarily surrendering or returning the Property to us in good repair, reasonable wear and tear accepted, along with any past due rental payments, at any time. You remain liable for rental payments until the Property is returned to us.

**11. OTHER CHARGES:** These fees are reasonably related to the services performed.
    a. **Processing Fee:** This is the fee for setting up your rental account for this Property.
    b. **Late fee:** If you fail to make a timely renewal payment within 5 days of the renewal date, you must pay us a Late Fee of $5

**12. TYPE OF TRANSACTION:** THIS IS A RENTAL TRANSACTION. You do not acquire any ownership rights in the Property unless you comply with the ownership provisions of this Agreement.

**13. OUR RIGHTS TO TAKE POSSESSION:** If you do not renew this Agreement or if you breach this Agreement, we have the right to the immediate possession of the Property. If this happens, you agree to return the Property or make arrangements for us to take possession of it. If you fail or refuse to comply with this requirement, you agree to pay our costs incurred in taking possession of it, including our reasonable attorneys' fees and court costs.

**14. ASSIGNMENT:** We may sell, transfer, or assign this Agreement, but agree to notify you of any change.

**15. TITLE AND TAXES:** Until you obtain ownership as provided in this Agreement, we retain title to the Property at all times and we will pay any property taxes levied on the Property.

**16. FORBIDDEN ACTS:** Until you obtain ownership of the Property as provided in this Agreement, you cannot sell, mortgage, pawn, pledge, encumber, hock or dispose of the Property. Each of these acts is a breach of this Agreement.

**17. LOCATION OF PROPERTY:** You agree to keep the Property on your person or at your address. If you move without notifying us in writing in advance, we have the right to terminate this Agreement immediately.

**18. LOCKDOWN, TRACKING AND ALARM FEATURE AND ACCOUNT MESSAGING:** The Property may have lockdown and tracking software on it. If you fail to make a timely renewal payment, you agree to allow us to set off your phone alarm and send messages to you about your account with us, even if you are charged for the message. We can also track the location of the Property and disable it remotely. You will have to contact us and renew the Agreement to be able to use the Property again. We are not responsible for lost data.

**19. ESIGN:** This Agreement in its original format is an electronic document fully compliant with the Electronic Signatures in Global and National Commerce Act (E-SIGN) and other applicable laws and regulations, and is the one, true original Agreement retained electronically by BillFloat on behalf of BillFloat. All other versions hereof, whether electronic or in tangible format, constitute facsimiles or reproductions only.

**20. ARBITRATION.** You and we agree that any claim or dispute arising from or in any way related to the Agreement must be resolved by binding arbitration instead of a lawsuit. This agreement to arbitrate will be governed by the federal Arbitration Act, 9 U.S.C. Sections 1-16 and the substantive law of your state.

Arbitration is a process for resolving disputes outside of the court system. An independent third-party arbitrator will take evidence from both parties and then rule on the issue(s). The arbitrator has the ability to award all remedies available by statute, at law or in equity. The arbitrator's decision will be final and binding on both parties.

You and we agree to use one of the two national arbitration organizations and their rules for conducting arbitrations. You can contact those organizations and get copies of their rules here:

| | |
|---|---|
| American Arbitration Association<br>335 Madison Avenue, Floor 10<br>New York, NY 10017-4605<br>www.adr.org (http://www.adr.org)<br>(800)-778-7879 | JAMS, the Resolution Experts<br>1920 Main Street, Suite 300<br>Irvine, CA 92614<br>www.jamsadr.com (http://www.jamsadr.com)<br>(800)-352-5267 or (949)-224-1810 |

If a dispute arises, you or we can file a claim with either organization. If you file a claim against us, we will pay the initial filing fee. Each party must pay its own attorneys' fees and other costs of the arbitration. However, the arbitrator can award reasonable attorneys' fees and costs to the party who wins the arbitration.

If we file a claim against you and select an organization that is unacceptable to you, you have the right to choose the other organization if you notify us of your decision within 30 days after you receive notice of our arbitration choice.

You and we agree that any arbitration will be conducted in the county where you live.

Nothing in this arbitration agreement is intended to prevent either of us from filing a lawsuit in an appropriate small claims court for an amount that does not exceed the court's jurisdictional limits. All other disputes must be arbitrated. Any attempt to remove a suit originally filed in small claims court to another court will require the parties to arbitrate under this Agreement.

This arbitration agreement will survive termination of the Agreement and will continue to be in effect to resolve any disputes that arise between you and us.

BY AGREEING TO ARBITRATE DISPUTES, YOU ARE WAIVING YOUR RIGHT TO A TRIAL BY JURY. YOU ARE WAIVING YOUR RIGHT TO HAVE A COURT RESOLVE YOUR DISPUTE. YOU ARE WAIVING YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION LAWSUIT. YOU ARE WAIVING YOUR RIGHT TO CERTAIN DISCOVERY RULES THAT APPLY IN A LAWSUIT. YOU AND WE AGREE THAT THE ARBITRATOR HAS NO AUTHORITY TO CONDUCT CLASS-WIDE ARBITRATION AND CAN ONLY DECIDE THE DISPUTE BETWEEN YOU AND US. IF ANY PART OF THE ARBITRATION AGREEMENT IS RULED TO BE INVALID, THEN THE UNDERLYING DISPUTE MUST BE RESOLVED BY A JUDGE, SITTING WITHOUT A JURY, IN A COURT OF COMPETENT JURISDICTION, AND NOT AS A CLASS ACTION LAWSUIT.

Your Right to Opt Out: If you decide that you do not want to arbitrate any dispute(s) with us, you must notify us in writing at our address in the Agreement no later than 10 days after the date you sign the Agreement. Your decision to opt out of this arbitration agreement will not affect your Agreement with us.

**21. MISCELLANEOUS:** You acknowledge that you have read this Agreement and that you understand its terms. You agree that we have not made any promises or representations to you about this Agreement or the Property other than those contained in this Agreement. Do not sign this Lease-Purchase Agreement before you read it or if it contains any blank spaces. You are entitled to an exact copy of the Lease-Purchase Agreement you sign. Keep it to protect your legal rights.

**Lessor:** Billfloat

**Lessee:** lawren broussard                                                                                                                 **Date:** 02/03/2015

**This section provides a record of the online signature executing this agreement.**

Agreement number: O13JYCR48
Signed by: lawren broussard
Timestamp: 02/03/2015 09:49:20AM PST
IP Address: 71.43.245.218
Date of birth 07/07/1982
Last 4 digits of SSN: 3851
Digital fingerprint hash 625623e3fc9bd91fcd6a18e3706fe8353ce0a850d75b054777b79f09c4f4cc34

Consentimiento para divulgaciones electrónicas:
Contrato de arrendamiento con opción de compra

Lea detenidamente el siguiente aviso e imprima y/o descargue una copia para sus registros.

Al aceptar recibir información en forma electrónica en nuestro sitio web, recibirá divulgaciones estatales y federales relacionadas con su transacción de BillFloat, así como avisos en virtud de su Contrato de arrendamiento con opción de compra con BillFloat (el "Contrato"). **Para ver estos avisos y divulgaciones, debe disponer de una computadora con la versión 7.0 o superiores de Internet Explorer o la versión 3.0 o superiores de Firefox o un navegador web equivalente. Si puede leer este texto, el navegador que utiliza podrá mostrar todas las divulgaciones requeridas.** Para conservar una copia de los avisos y divulgaciones que proporcionamos en forma electrónica y una copia del Contrato de arrendamiento con opción de compra que usted firmará electrónicamente, necesitará descargar copias electrónicas a su computadora o a un dispositivo de almacenamiento conectado (tales como un disco o dispositivo de almacenamiento USB) o imprimir copias en una impresora conectada a su computadora. También firmará el Contrato en forma electrónica antes de descargarlo o imprimirlo.

Si se aprueba su solicitud de arrendamiento con opción de compra, se le pedirá que firme el Contrato de arrendamiento con opción de compra en forma electrónica (conforme se indica a continuación) marcando la casilla "Firme aquí". Al hacer esto, también certificará que acepta recibir divulgaciones y avisos en forma electrónica.

Usted no podrá presentar una solicitud en línea y firmar su Contrato de arrendamiento con opción de compra en forma electrónica a menos que haya aceptado recibir estas divulgaciones y avisos en forma electrónica. Asimismo, su acuerdo de recibir divulgaciones y avisos en forma electrónica constituye una condición para su participación en este Contrato de arrendamiento con opción de compra. Si no desea recibir divulgaciones ni avisos en forma electrónica, puede cancelar esta transacción sin ningún costo cerrando su navegador en cualquier momento antes de hacer clic en el botón de firma.

Si en algún momento desea finalizar su participación en el Contrato de arrendamiento con opción de compra, puede comunicárnoslo directamente:

1. Por teléfono: 1-800-374-5587 durante el horario de atención al cliente.?
2. Por correo postal: BillFloat, Inc. P.O. Box 626, San Francisco CA, 94104-626.
3. Por correo electrónico: smartpaysupport@billfloat.com

DECLARACIÓN DE PRECIOS

**Esta es una transacción de arrendamiento con opción de compra:**
- Usted adquiere la titularidad una vez que se hayan realizado 9 pagos. No adquiere la titularidad hasta que se haya pagado en

su totalidad.
- Puede comprar la propiedad por una cantidad inferior conforme a la opción de compra anticipada.
- Nuestro precio de compra: $664.57
- Pago agendado de: $156.56
- Período del arrendamiento: 9 meses
- Pagos agendados: Once monthly
- Total de pagos: $1,385.39; Costo del arrendamiento:: $720.82
- Todas las propiedades son nuevas.

## CONTRATO DE ARRENDAMIENTO CON OPCIÓN DE COMPRA

| **Fecha:** 02/03/2015 | **Número de Contrato:** O13JYCR48 |
|---|---|
| **Arrendador:** Billfloat | **Arrendatario/inquilino:** lawren broussard |
| | **Correo electrónico:** lawrenb77@yahoo.com |

**TÉRMINOS DEL CONTRATO:** En el presente Contrato, "usted" y "su" hacen referencia a la(s) persona(s) que firma(n) el Contrato en calidad de arrendatario/inquilino. "Nosotros," "nos" y "nuestro" hacen referencia al arrendador/propietario (BillFloat, Inc.). "Propiedad" hace referencia al (a los) artículo(s) arrendado(s). "Contrato" hace referencia al presente Contrato de arrendamiento con opción de compra

### 1. DESCRIPCIÓN DE LA PROPIEDAD

| Descripción de la Propiedad / Modelo # | N° de serie # | Condición de la Propiedad |
|---|---|---|
| **Samsung Galaxy S5** | | **New** |

**Precio de contado:** $797.48

**Nuestro precio de compra:** $664.57

**2. PAGO INICIAL:** Los pagos vencen al principio de cada plazo que usted elija para arrendar la Propiedad. Su pago inicial incluye los siguientes cargos:

| Cuota de Procesamiento: | Renta: | Impuesto: | Pago inicial total: |
|---|---|---|---|
| $0.00 | $124.80 | $8.11 | $132.91 |

**3. PERÍODO DE ARRENDAMIENTO: El presente Contrato es por one month, Plazo Inicial. Debe realizar un pago anticipado de la renta agendada para este Plazo Inicial. Posteriormente, puede (1) renovar este Contrato por otro período al realizar un pago anticipado de la renta por renovación del arrendamiento; (2) comprar la Propiedad (consulte el extremo 9 a continuación); (3) devolvernos la Propiedad y terminar el presente Contrato. Los pagos anticipados por renovación del arrendamiento vencen al principio de cada plazo en el que elija arrendar la Propiedad. No habrá reembolsos si devuelve la Propiedad antes de finalizar el plazo. Si no efectúa a tiempo un pago por renovación, se dará por terminado el presente Contrato de forma automática, sin perjuicio de sus derechos de rehabilitación del contrato establecidos a continuación.**

**4. PAGOS POR RENOVACIÓN Y AUTORIZACIÓN DE PAGO ELECTRÓNICO:** No está obligado a renovar el presente Contrato más allá del plazo inicial. No obstante, puede renovar el presente Contrato más allá del plazo inicial, o más allá de cualquier plazo de renovación sucesivo, al efectuar, en cualquier momento hasta la fecha de la renovación, el pago anticipado de una renta.

Sus pagos por renovación vencen en estas Fechas de renovación: 02/27/2015, 03/27/2015, 04/24/2015, 05/22/2015, 06/19/2015, 07/17/2015, 08/14/2015, 09/11/2015

| Pago Agendado | Pago del arrendamiento | Impuesto | Total |
|---|---|---|---|
| Once monthly | $147.00 | $9.56 | $156.56 |

Antes de cada fecha de pago por renovación, le enviaremos un aviso de que debitaremos electrónicamente el pago por renovación en la cuenta bancaria, tarjeta de débito o tarjeta de crédito que usted nos haya indicado (la "Cuenta") o de cualquier otra cuenta que nos proporcione en el futuro. Aceptaremos en esta forma todos los pagos establecidos en el presente Contrato, salvo que usted nos haya indicado no hacerlo.

Al firmar el presente Contrato, usted nos autoriza a realizar asientos de débito electrónicos en su Cuenta para los pagos por renovación agendados en virtud del presente Contrato, y autoriza a su entidad de depósito a cargar tales montos en su Cuenta. Esta autorización permanecerá vigente hasta que haya pagado todos los montos adeudados. No podrá cancelar ni anular un pago una vez que lo hayamos cargado en su Cuenta. Usted comprende que cancelar esta autorización de débitos electrónicos no le exime de cumplir las obligaciones contraídas en virtud del presente Contrato. No seremos responsables de pérdidas ni de daños o perjuicios que puedan ocasionársele si no podemos cargar algún pago programado debido a que la cuenta por usted designada no disponga de fondos suficientes o no haya proporcionado de forma correcta o completa la información sobre la cuenta y depósito, o si por circunstancias ajenas a nuestro control (tales como incendios, inundaciones, intervención de fuerzas externas y similares) no se ejecuta debidamente la transacción.

**5. COSTO TOTAL:** Si opta por adquirir la titularidad, deberá arrendar la Propiedad por el número de pagos agendados, establecido a continuación. El Costo total incluye el Pago inicial total, indicado anteriormente, pero no incluye otros cargos o tarifas, tales como los cargos por mora. Debe leer el Contrato para obtener una explicación de los cargos y tarifas.

Pago inicial total de $132.91, más 8 Pagos agendados de $156.56 cada uno por un Costo total de $1,385.39, incluyendo impuestos.

Usted no es propietario de la Propiedad. No adquiere derechos de titularidad a menos que haya cumplido con los términos de propiedad del Contrato. El impuesto sobre le venta queda sujeto a cambios en el tipo del tributo correspondiente.

**6. RIESGO POR PÉRDIDAS Y DAÑOS:** Usted será responsable de la destrucción, pérdida y daños ocasionados a la Propiedad por cualquier motivo distinto del desgaste por el uso habitual.Si se pierde o destruye a la Propiedad, usted será responsable del valor de mercado (fair market value, "FMV") de la Propiedad en la fecha de la pérdida.Si se daña, usted será responsable del monto anterior o del monto razonable que nos cueste su reparación si este es menor.

**7. GARANTÍA Y MANTENIMIENTO:** Usted será responsable de mantener la Propiedad en buenas condiciones de funcionamiento durante el plazo del arrendamiento.No seremos responsables de los costos o resultados de ninguna reparación ni de los daños ocasionados por el uso indebido. Si la Propiedad se rompe, deberá comunicárnoslo de inmediato y enviarnos la documentación de cualquier reparación.Le prestaremos asistencia por el mantenimiento o servicios que la Propiedad requiera siempre que esté cubierto por la garantía del fabricante.Si alguna parte de la garantía del fabricante, o garantía de terceros, cubre la Propiedad desde el momento en que usted adquiere titularidad, se la transmitiremos de conformidad con los términos de la garantía.Siempre que la ley lo permita, no proporcionaremos ninguna garantía de comercialización o idoneidad para un determinado fin, ya sea expresa o implícita, sobre la Propiedad.Usted arrienda la Propiedad, "en el estado en que se encuentra" y "con todos sus defectos".

**8. REHABILITACIÓN DEL CONTRATO:** If you fail to make a timely renewal payment, this Agreement expires. However, you can reinstate it without losing any rights or options previously acquired by returning the Property to us as soon as we ask you to. Then, you will have 60 days from the date of return to reinstate by making all payments due. If you reinstate, we will provide you with the same Property or property of comparable and condition.

**9. OPCIÓN DE COMPRA ANTICIPADA (EARLY PURCHASE OPTION, EPO):** Puede comprar la Propiedad en cualquier momento. Durante los primeros 60 días, su precio de EPO será el precio al contado, establecido anteriormente, deducidos todos los pagos del arrendamiento que haya pagado (sin incluir ningún cargo o impuesto), más impuestos. Posteriormente, su precio de EPO se calculará conforme se indica a continuación: el precio de compra deducido el 50% de los pagos del arrendamiento que haya pagado (sin incluir ningún cargo o impuesto), más impuestos.

**10. TERMINACIÓN DEL CONTRATO:** En cualquier momento puede dar por terminado el presente Contrato, sin penalización alguna, al entregarnos o devolvernos voluntariamente la Propiedad en buen estado, aceptando el desgaste por un uso razonable, junto con cualesquiera pagos vencidos del arrendamiento. Usted seguirá siendo responsable de los pagos del arrendamiento hasta que nos haya devuelto la Propiedad.

**11. OTROS CARGOS:** Estos cargos se corresponden razonablemente con los servicios prestados.

a. **Cargo por tramitación:** Es el cargo por configurar su cuenta de arrendamiento para esta Propiedad.
b. **Cargo por mora:** Si usted falla efectuar el pago de renovación de alquiler a tiempo, dentro de 5 días a partir de la fecha de renovación, deberá pagar un cargo por demora (Late Fee) de $5

**12. TIPO DE TRANSACCIÓN:** ESTA ES UNA TRANSACCIÓN DE ARRENDAMIENTO. Usted no adquiere ningún derecho de titularidad sobre la Propiedad a menos que cumpla con las disposiciones de propiedad del presente Contrato.

**13. NUESTROS DERECHOS DE RECUPERACIÓN DE LA POSESIÓN:** Si no renueva o si incumple el presente Contrato, tendremos derecho a recuperar la inmediata posesión de la Propiedad. Si esto llega a suceder, usted acepta devolver la Propiedad o adoptar las medidas necesarias para que recuperemos la posesión de la misma. Si usted rehúsa o incumple con esta obligación, usted acepta pagarnos el costo que nos ocasione la toma de posesión de la Propiedad, incluyendo los honorarios razonables de abogados y gastos judiciales.

**14. CESIÓN DEL CONTRATO:** Podemos vender, transferir o ceder el presente Contrato, pero en tal caso deberemos notificarle cualquier cambio.

**15. TÍTULO DE PROPIEDAD E IMPUESTOS:** Hasta que no haya adquirido la titularidad conforme a lo dispuesto en este Contrato, nosotros conservamos en todo momento el título de propiedad sobre la Propiedad y pagaremos cualquier impuesto que grave la propiedad sobre la Propiedad.

**16. ACTOS PROHIBIDOS:** Hasta que haya adquirido la titularidad de la Propiedad conforme a lo dispuesto en este Contrato, no podrá vender, hipotecar, empeñar, pignorar, gravar, dejar en prenda ni disponer de la Propiedad. Cada uno de estos actos constituye un incumplimiento del presente Contrato.

**17. UBICACIÓN DE LA PROPIEDAD:** Usted se obliga a portar la Propiedad con usted o a mantenerla en la dirección arriba indicada. Si se muda sin comunicárnoslo por escrito con antelación, tendremos el derecho a dar por terminado el presente Contrato de inmediato.

**19. FUNCIONES DE BLOQUEO:** La Propiedad puede estar equipada con una función de bloqueo remoto. Si no efectúa puntualmente un pago por renovación podemos enviarle alertas, y podemos bloquear la Propiedad de forma remota. En tal caso, tendrá que contactarse con nosotros y renovar el presente Contrato a fin de poder utilizar la Propiedad de nuevo. No nos hacemos responsables por la pérdida de datos.

**20. LEY DE FIRMAS ELECTRÓNICAS EN EL COMERCIO GLOBAL Y NACIONAL (E-SIGN):** El presente Contrato en su formato original es un documento electrónico que cumple plenamente con la Ley de firmas electrónicas en el comercio global y nacional (Electronic Signatures in Global and National Commerce Act, E-SIGN) y otras leyes y normativas correspondientes, y constituye el único, verdadero y original Contrato retenido en forma electrónica por el Titular en nombre del Titular. Todas las demás versiones del presente contrato, ya sean electrónicas o en formato tangible, constituyen únicamente facsímiles o reproducciones.

**21. ARBITRAJE.** Usted y nosotros acordamos que cualquier reclamación o controversia que surja en relación a este Contrato se resolverá mediante un arbitraje vinculante en lugar de una demanda. Este acuerdo de arbitraje se regirá por la Ley Federal de Arbitraje, Título 9 del Código de Estados Unidos, Secciones 1-16 y el derecho sustantivo de su estado.

El arbitraje es un proceso para resolver las controversias fuera del sistema judicial. Un tercer árbitro independiente tendrá en cuenta las pruebas de ambas partes y decidirá sobre el(los) asunto(s). El árbitro tiene la potestad de adoptar cualquier decisión avalada por la ley, en derecho o en equidad. La decisión del árbitro será definitiva y vinculante para ambas partes.

Usted y nosotros acordamos usar una de las dos organizaciones nacionales de arbitraje y sus normas para realizar arbitrajes. Puede comunicarse con estas organizaciones y obtener copias de sus normas en la siguiente dirección:

| American Arbitration Association | JAMS, the Resolution Experts |
| 335 Madison Avenue, Floor 10 | 1920 Main Street, Suite 300 |
| New York, NY 10017-4605 | Irvine, CA 92614 |
| www.adr.org (http://www.adr.org) | www.jamsadr.com (http://www.jamsadr.com) |
| (800)-778-7879 | (800)-352-5267 or (949)-224-1810 |

Si surge alguna controversia, usted o nosotros podemos presentar una reclamación con cualquiera de las organizaciones. Si presenta una reclamación contra nosotros, pagaremos el costo por la presentación inicial. Cada parte debe pagar sus propios honorarios de abogados y otros costos del arbitraje. No obstante, el árbitro puede imponer los honorarios de abogados y costos razonables a la parte que gana el arbitraje.

Si presentamos una reclamación en su contra y elegimos una organización que usted no acepta, tendrá derecho a elegir otra organización si nos comunica su decisión dentro de los 30 días siguientes de que reciba una notificación sobre nuestra elección de arbitraje.

Usted y nosotros acordamos que cualquier arbitraje se realizará en el condado donde usted vive.

Nada de lo contenido en el presente acuerdo de arbitraje pretende impedir a cualquiera de nosotros presentar una demanda ante un tribunal con competencia en asuntos de menor cuantía por un monto que no supere los límites jurisdiccionales del tribunal. Todas las demás controversias deben someterse al arbitraje. Cualquier intento de retirar una demanda presentada inicialmente ante un tribunal con competencia en asuntos de menor cuantía requerirá que las partes se sometan al arbitraje en virtud del presente Contrato.

El presente acuerdo de arbitraje seguirá vigente tras la terminación del Contrato y permanecerá en vigor para resolver cualquier controversia que surja entre usted y nosotros.

AL ACEPTAR SOMETER LAS CONTROVERSIAS A ARBITRAJE, USTED RENUNCIA A SU DERECHO AL JUICIO POR JURADO. USTED RENUNCIA A SU DERECHO A QUE UN TRIBUNAL RESUELVA SU CONTROVERSIA. USTED RENUNCIA A SU DERECHO A PARTICIPAR EN UNA DEMANDA COLECTIVA. USTED RENUNCIA A SU DERECHO A DETERMINADAS NORMAS DE PRESENTACIÓN DE PRUEBAS APLICABLES EN UNA DEMANDA. USTED Y NOSOTROS ACORDAMOS QUE EL ÁRBITRO CARECE DE POTESTAD PARA REALIZAR EL ARBITRAJE COLECTIVO Y ÚNICAMENTE PUEDE DECIDIR LA CONTROVERSIA ENTRE USTED Y NOSOTROS. SI SE DECIDE QUE ALGUNA PARTE DEL ACUERDO DE ARBITRAJE ES NULA, ENTONCES LA CONTROVERSIA SUBYACENTE DEBE SER RESUELTA POR UN JUEZ, SIN UN JURADO, EN UN TRIBUNAL DE JURISDICCIÓN COMPETENTE, Y EN NINGÚN CASO COMO UNA DEMANDA COLECTIVA.

Su derecho a excluirse: Si decide que no desea someter a arbitraje las controversias con nosotros, debe comunicárnoslo por escrito a nuestra dirección en el Contrato a más tardar 10 días después de la fecha en que firme el Contrato. Su decisión de excluirse del acuerdo de arbitraje no afectará su Contrato con nosotros.

**22. DISPOSICIONES VARIAS:** Usted reconoce que ha leído el presente Contrato y que comprende sus términos. No existen períodos de gracia en este Contrato. Usted acuerda que no hemos realizado ninguna promesa ni declaración acerca de este Contrato o la Propiedad que no sean las contenidas en el presente Contrato.

**Arrendatario:** lawren broussard  **Fecha:** 02/03/2015

**Arrendador:** Billfloat

**Esta sección proporciona un registro de la firma en línea para celebrar este acuerdo.**

Número de Contrato: O13JYCR48
Firmado por: lawren broussard
Fecha y hora: 02/03/2015 09:49:20AM PST
Dirección IP: 71.43.245.218
Fecha de nacimiento: 07/07/1982
Últimos 4 dígitos del Número de Seguro Social: 3851
Huella Digital: 625623e3fc9bd91fcd6a18e3706fe8353ce0a850d75b054777b79f09c4f4cc34

## PRIVACY NOTICE

| FACTS | WHAT DOES BILLFLOAT, INC., DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>- Social Security number and credit history<br>- account balances and payment history<br>- credit history and checking account information<br><br>When you are no longer our customer, we continue to share your information as described in this notice. |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons BillFloat chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does BillFloat share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes-** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes-** to offer our products and services to you | Yes | Yes |
| **For joint marketing with other financial companies** | Yes | Yes |
| **For our affiliates' everyday business purposes-** information about your transactions and experiences | No | We don't share |
| **For our affiliates' everyday business purposes-** information about your creditworthiness | No | We don't share |
| **For our affiliates to market to you** | No | We don't share |
| **For nonaffiliates to market to you** | No | We don't share |

| Questions? | Call 800-745-9361 or go to www.billfloat.com |
|---|---|

| Who we are | |
|---|---|
| Who is providing this notice? | **BILLFLOAT, INC.** |

| What we do | |
|---|---|
| **How does BillFloat protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings.<br>We also restrict access to your personal information to those employees who need to know this information to perform their job duties. |
| **How does BillFloat collect my personal information?** | We collect your personal information, for example, when you:<br><ul><li>Open an account or provide your account information,</li><li>Apply for a rental-purchase or lease,</li><li>Provide account information or give us your contact information.</li></ul>We also collect your personal information from other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only:<br><ul><li>sharing for affiliates' everyday business purposes-information about your creditworthiness,</li><li>affiliates from using your information to market to you,</li><li>sharing for nonaffiliates to market to you.</li></ul>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |

| Definitions | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<ul><li>BillFloat has no affiliates.</li></ul> |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<ul><li>BillFloat does not share with nonaffiliates so they can market to you.</li></ul> |
| **Joint Marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<ul><li>Our joint marketing partners include banks, credit card companies, other financial institutions, and financial services providers.</li></ul> |

| Other important information | |
|---|---|
| | |

**CALIFORNIA, NORTH DAKOTA, AND VERMONT RESIDENTS:** We do not share information we collect about you unless applicable law (1) permits us to do so without first obtaining your prior consent, or (2) requires that we first provide you an opportunity to limit this sharing.