EXHIBIT "F"



THE RESOLUTION EXPERTS

September 5, 2017

RE: Freeman, Lawren vs SmartPay Leasing, LLC – 1460004041

Dear Parties,

JAMS has reviewed the correspondence regarding the application of the Minimum Standards of Procedural Fairness in consumer matters. Our policy is that consumers should not be required to pay any portion of an arbitration fee (above $250) that is imposed through an arbitration clause which is required as a condition of the purchase/lease of goods for personal use and where the consumer then has to take affirmative action to opt-out of the arbitration clause. We understand this policy might go further than the law requires. Notwithstanding that fact, JAMS has chosen to conduct its business in a manner which provides additional protections for consumers where the clause is not negotiated and the transaction is for personal use.

JAMS will not administer the case unless the company agrees to waive the provisions which are contrary to our Minimum Standards. If you do not agree to the application of our Minimum Standards, then JAMS cannot administer the case. The Parties are also free to raise any additional questions regarding the application of the Minimum Standards with the Arbitrator, once appointed, and may participate in any strike and rank process without waiving any objections.

Sincerely,

Elizabeth Carter, Esq.
Vice President, East Central Region - JAMS