# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

LAWREN FREEMAN,

    Plaintiff,

                                CASE NO.: 6:17-cv-00938-GAP-GJK

-vs-

SMARTPAY LEASING, LLC,

    Defendant.

## JOINT NOTICE REGARDING CASE MANAGEMENT REPORT

    The parties, by and through their undersigned counsel, submit the following joint notice, pursuant to this Court's order (Doc 24) dated June 12, 2017. In its January 18, 2018 Order Lifting the Stay, the Court dictated "that Defendant shall respond to the Amended Complaint by January 31, 2018. The parties' case management report is due February 15, 2018." On January 31, 2018 Defendant filed its Notice of Appeal (Doc. 25) and subsequently filed a Motion to Stay the Proceedings Pending the Appeal or in the Alternative For Leave to Appear by Telephone (Doc. 27) to which Plaintiff will be filing an Opposition tomorrow. On January 22, 2018 the Plaintiff reached out to Defendant to coordinate a Case Management Conference. During correspondence between the parties on January 31, 2018 Defendant indicated she would not agree to an in-person case management conference until the Court rules on the pending motion.

    Out of an abundance of caution, in light of the Court's Order requiring the parties to file a Case Management Report by Feb. 15, 2018, the parties file this Joint Notice.


Dated:  <u>Feb. 15, 2018.</u>

| | |
|---|---|
| <u>s/Amanda J. Allen</u><br>Amanda J. Allen, Esquire<br>Florida Bar No. 0098228<br>THE CONSUMER PROTECTION FIRM, PLLC<br>4030 Henderson Blvd<br>Tampa, FL 33629<br>Amanda@TheConsumerProtectionFirm.com<br>Telephone: (813) 500-1500<br>Facsimile: (813) 435-2369<br>*Attorney for Plaintiff* | <u>s/Zina Gabsi</u><br>Zina Gabsi<br>Florida Bar No. 073789<br>Bryan Cave LLP<br>200 South Biscayne Blvd., Ste 400<br>Miami, FL 33131<br>Tel: (786) 322-7500<br>Email: zina.gabsi@bryancave.com<br>*Attorney for Defendant* |

## **<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system this 15 day of February, 2018, to all parties of record.

Respectfully submitted,

*s/ Amanda J. Allen*
Amanda J. Allen, Esq..
Florida Bar No.:  0098228
THE CONSUMER PROTECTION FIRM