## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**LAWREN FREEMAN,**

     **Plaintiff,**

                                    **CASE NO.: 6:17-cv-00938-GAP-GJK**

**-vs-**

**SMARTPAY LEASING, LLC,**

     **Defendant.**

---

### JOINT STATUS REPORT

---

The parties, by and through their undersigned counsel, submit the following joint status report, pursuant to this Court's Order (Doc 14) dated June 12, 2017.

1. Plaintiff filed a Motion To Vacate The Order Referring The Case To Arbitration And To Lift Stay, As Well As For Imposition of Sanctions (Doc 16) on 11/20/17.

2. Defendant filed a Response In Opposition To Plaintiff's Motion To Lift Stay And For Sanctions (Doc 17) on 12/4/17.

3. Plaintiff filed a Motion for Leave to File a Reply (Doc 20) on 12/7/17, which was granted (Doc. 21) on 12/8/17.

4. Plaintiff filed a Reply to Defendant's Opposition To Plaintiff's Motion To Lift Stay And For Sanctions (Doc 22) on 12/14/17 which was granted (Doc 24) on 1/18/18.

5. Defendant filed a Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit to appeal the Order (Doc 24) on 1/31/18.

6. Plaintiff filed an Unopposed Motion for Leave to Serve a Subpoena Upon

Plaintiff's Cellular Telephone Provider (Doc 31) on 2/26/18, which was granted (Doc 32).

7.      Pursuant to a 30-day extension filed by Defendant/Appellant, Appellant's brief is due May 14, 2018.

Dated: <u>April 16, 2018      </u>


<u>s/ Amanda J. Allen, Esq.               </u>
Amanda J. Allen, Esq.
Florida Bar No. 0098228
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Amanda@TheConsumerProtectionFirm.com
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
*Attorney for Plaintiff*

<u>s/ Zina Gabsi, Esq.                     </u>
Zina Gabsi, Esq.
Florida Bar No. 073789
Bryan Cave LLP
200 South Biscayne Blvd., Suite 400
Miami, FL 33131
Tel: (786) 322-7500
Email: zina.gabsi@bryancave.com
*Attorney for Defendant*


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system this 16th day of April, 2018, to all parties of record.

Respectfully submitted,

<u>s/ Amanda J. Allen                        </u>
Amanda J. Allen, Esq..
Florida Bar No.:  0098228
THE CONSUMER PROTECTION FIRM
4030 Henderson Blvd.
Tampa, FL 323629
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
Amanda@TheConsumerProtectionFirm.com
*Attorney for Plaintiff*