## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**LAWREN FREEMAN,**

    **Plaintiff,**

-vs-                                   **CASE NO.: 6:17-cv-00938-GAP-GJK**

**SMARTPAY LEASING, LLC,**

    **Defendant.**

---

### JOINT STATUS REPORT

---

The parties, by and through their undersigned counsel, submit the following joint status report, pursuant to this Court's Order (Doc 14) dated June 12, 2017.

1. Defendant/Appellant filed a Request for Judicial Notice on May 14, 2018 in the United States Court of Appeals for the Eleventh Circuit.

2. The United States Court of Appeals denied Defendant/Appellant's Request on June 18, 2018.

3. Defendant/Appellant filed its Brief in the United States Court of Appeals for the Eleventh Circuit on May 14, 2018.

4. Plaintiff/Appellee filed its Brief in the United States Court of Appeals for the Eleventh Circuit on June 27, 2018.

5. Defendant/Appellant filed its Reply Brief in the United States Court of Appeals for the Eleventh Circuit on July 11, 2018.

Dated:  July 16, 2018.

*s/ Amanda J. Allen, Esq.*
Amanda J. Allen, Esq.
Florida Bar No. 0098228
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Amanda@TheConsumerProtectionFirm.com
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
*Attorney for Plaintiff*

*s/ Zina Gabsi, Esq.*
Zina Gabsi, Esq.
Florida Bar No. 073789
Bryan Cave LLP
200 South Biscayne Blvd., Suite 400
Miami, FL 33131
Tel: (786) 322-7500
Email: zina.gabsi@bryancave.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the

Court's CM/ECF system this 16th day of July, 2018, to all parties of record.

Respectfully submitted,

*s/ Amanda J. Allen*
Amanda J. Allen, Esq..
Florida Bar No.:  0098228
THE CONSUMER PROTECTION FIRM
4030 Henderson Blvd.
Tampa, FL 323629
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
Amanda@TheConsumerProtectionFirm.com
*Attorney for Plaintiff*