**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

LAWREN FREEMAN,

     Plaintiff,

v.

SMARTPAY LEASING, LLC,

     Defendant.

Civil Action No. 6:17-cv-00938-GAP-GJK

**DEFENDANT SMARTPAY LEASING, LLC'S
STATUS REPORT REGARDING APPEAL**

Defendant SmartPay Leasing, LLC ("SmartPay"), by and through undersigned counsel, submits the following status report pursuant to this Court's Order [Doc. 30] dated February 20, 2018.

1. On or about February 1, 2018 SmartPay's Notice of Appeal was docketed with the Eleventh Circuit Court of Appeals (the "Eleventh Circuit").

2. On February 21, 2018, the Eleventh Circuit noticed telephone mediation for March 20, 2018. The telephone mediation took place with all parties present and resulted in an impasse.

3. On February 28, 2018, the Clerk of the Court for the Eleventh Circuit issued a notice requesting that the parties simultaneously advise the court in writing their respective positions regarding the court's question as to whether it has jurisdiction to hear the appeal.

4. The parties filed their respective positions on March 14, 2018.

5. The April 4, 2018 the Clerk filed a letter with the court noting that based upon the parties' responses, the court for the Eleventh Circuit likely has jurisdiction to hear the appeal; however, a final determination with respect to jurisdiction would be made by the panel that determines the case on its merits.

6. On May 14, 2018 SmartPay filed its Initial Brief with the Eleventh Circuit[1].

7. On May 21, 2018 SmartPay filed the corresponding two-volume Appendix.

8. On or about May 29, 2018 counsel for Appellee/Plaintiff Lawren Freeman ("Freeman") requested an extension of time to file her brief.

9. Freeman filed her Answer Brief on June 27, 2018.

10. On July 11, 2017 SmartPay filed a Reply Brief.

11. The matter is now fully briefed.

Dated this 31st day of August, 2018.

**BRYAN CAVE LEIGHTON PAISNER LLP**
*Counsel for Defendant*
200 S. Biscayne Blvd., Ste. 400
Miami, Florida 33131
Phone: (786) 322-7500
Fax: (786) 322-7501
Email: zina.gabsi@bclplaw.com

By: ___/s/ Zina Gabsi_____
      Zina Gabsi
      Florida Bar No. 73789

---

[1] On March 8, 2018 SmartPay filed a Motion for Extension of Time to file its Initial Brief.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LAWREN FREEMAN,                                       Civil Action No. 6:17-cv-00938-GAP-GJK

      Plaintiff,

v.

SMARTPAY LEASING, LLC,

      Defendant.

<u>**CERTIFICATE OF SERVICE**</u>

      This is to certify that the foregoing **STATUS REPORT REGARDING APPEAL** has been filed via the Courts CM/ECF system, and served by e-mail on the following counsel of record:

Amanda J. Allen
William "Billy" Peerce Howard
THE CONSUMER PROTECTION FIRM
210-A MacDill Avenue
Tampa, FL 33609
Amanda@TheConsumerProtectionFirm.com
Shenia@TheConsumerProtectionFirm.com

This 31st day of August, 2018

                 /s/ Zina Gabsi
                Zina Gabsi
                Florida Bar No. 073789
                BRYAN CAVE LEIGHTON PAISNER LLP
                200 South Biscayne Blvd., Ste 400
                Miami, FL 33131
                Tel: (786) 322-7500
                Email: zina.gabsi@bclplaw.com

                *Counsel for Defendant SmartPay Leasing, Inc.*