# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LAWREN FREEMAN,**

    **Plaintiff,**

**v.**                                                                  Case No:   6:17-cv-938-Orl-31GJK

**SMARTPAY LEASING LLC,**

    **Defendant.**

## ORDER

In accordance with the Opinion and Mandate of the Eleventh Circuit Court of Appeals, the Clerk is directed to reopen this case.   The order granting a stay of this case pending appeal (Doc. 30) is hereby **VACATED**.   It is further

**ORDERED** that the order granting a stay pending arbitration is also **VACATED**.   It is further

**ORDERED** that:

1.   Defendant shall respond to the Amended Complaint (Doc. 6) by June 21, 2019, and

2.   The parties shall file a Case Management Report by July 5, 2019.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 10, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party