# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LAWREN FREEMAN,**

      **Plaintiff,**

**v.**                                                     **Case No:   6:17-cv-938-Orl-31GJK**

**SMARTPAY LEASING LLC,**

      **Defendant.**

## ORDER

Upon consideration of Defendant's Motion for Leave to File Amended Counterclaim (Doc. 52), construed as a motion for reconsideration of the Court's Order at Doc. 50, and Plaintiff's Response (Doc. 56), it is

**ORDERED** that the Motion is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 26, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party